

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Oklahoma

| | | |
|---|---|---|
| (1) SFF-TIR, LLC, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 14-CV-369-TCK-FHM |
| (1) CHARLES C. STEPHENSON, JR., et al. | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Tulsa Inspection Resources, LLC
c/o Frederic Dorwart
124 E. 4th St.
Tulsa, OK 74103

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Stratton Taylor, OBA # 10142
TAYLOR, FOSTER, MALLETT, DOWNS,
 & RAMSEY & RUSSELL
P.O. Box 309
Claremore, OK 74018

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Phil Lombardi, Clerk**
CLERK OF COURT

Date: JUL - 8 2014

*J. arnold*
*Signature of Clerk or Deputy Clerk*

clc: mailed to plaintiff's attorney

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Oklahoma

| | | |
|---|---|---|
| (1) SFF-TIR, LLC, et al. | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No.   14-CV-369-TCK-FHM |
| (1) CHARLES C. STEPHENSON, JR., et al. | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Peter Boylan III
    6600 Timberlane Rd R
    Tulsa, OK 74136-4521

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Stratton Taylor, OBA # 10142
    TAYLOR, FOSTER, MALLETT, DOWNS,
      & RAMSEY & RUSSELL
    P.O. Box 309
    Claremore, OK 74018

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Phil Lombardi, Clerk

CLERK OF COURT

Date: JUL - 8 2014

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Oklahoma

(1) SFF-TIR, LLC, et al.  )
                          )
      *Plaintiff*         )
                          )
         v.               )   Civil Action No.  14-CV-369-TCK-FHM
                          )
(1) CHARLES C. STEPHENSON, JR., et al.  )
                          )
      *Defendant*         )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Lawrence Field
                                      6164 S Marion Ave.
                                      Tulsa, OK 74136-1505

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Stratton Taylor, OBA # 10142
                                     TAYLOR, FOSTER, MALLETT, DOWNS,
                                        & RAMSEY & RUSSELL
                                     P.O. Box 309
                                     Claremore, OK 74018

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Phil Lombardi, Clerk
*CLERK OF COURT*

Date:  JUL - 8 2014

G. arnold
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Northern District of Oklahoma

| | | |
|---|---|---|
| (1) SFF-TIR, LLC, et al. | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No. 14-CV-369-TCK-FHM |
| (1) CHARLES C. STEPHENSON, JR., et al. | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Cypress Energy Partners-TIR, LLC
c/o The Corporation Trust Services
1209 Orange St.
Wilmington, DE 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Stratton Taylor, OBA # 10142
TAYLOR, FOSTER, MALLETT, DOWNS,
   & RAMSEY & RUSSELL
P.O. Box 309
Claremore, OK 74018

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Phil Lombardi, Clerk
*CLERK OF COURT*

Date: JUL - 8 2014

J. Arnold
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Oklahoma

| (1) SFF-TIR, LLC, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No.  14-CV-369-TCK-FHM |
| (1) CHARLES C. STEPHENSON, JR., et al. | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Cypress Energy Holdings, LLC
c/o Frederic Dorwart
124 E. 4th St.
Tulsa, OK 74103

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Stratton Taylor, OBA # 10142
TAYLOR, FOSTER, MALLETT, DOWNS,
  & RAMSEY & RUSSELL
P.O. Box 309
Claremore, OK 74018

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Phil Lombardi, Clerk
CLERK OF COURT

Date:  JUL - 8 2014

G. Arnold
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Oklahoma

| | | |
|---|---|---|
| (1) SFF-TIR, LLC, et al. | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No.  14-CV-369-TCK-FHM |
| (1) CHARLES C. STEPHENSON, JR., et al. | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Cynthia A. Field
6164 S Marion Ave.
Tulsa, OK 74136-1505

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Stratton Taylor, OBA # 10142
TAYLOR, FOSTER, MALLETT, DOWNS,
  & RAMSEY & RUSSELL
P.O. Box 309
Claremore, OK 74018

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Phil Lombardi, Clerk**
*CLERK OF COURT*

Date: JUL - 8 2014

*G. arnold*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Oklahoma

(1) SFF-TIR, LLC, et al.  )
   Plaintiff               )
                           )
v.                         ) Civil Action No. 14-CV-369-TCK-FHM
(1) CHARLES C. STEPHENSON, JR., et al. )
                           )
   Defendant               )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Charles C. Stephenson, Jr.
2225 E 30th St.
Tulsa, OK 74114-5427

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Stratton Taylor, OBA # 10142
TAYLOR, FOSTER, MALLETT, DOWNS,
   & RAMSEY & RUSSELL
P.O. Box 309
Claremore, OK 74018

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Phil Lombardi, Clerk
*CLERK OF COURT*

Date: JUL - 8 2014

*G. Arnold*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Oklahoma

| (1) SFF-TIR, LLC, et al. | ) |  |
|---|---|---|
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No.   14-CV-369-TCK-FHM |
| (1) CHARLES C. STEPHENSON, JR., et al. | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  CEP Capital Partners, LLC
c/o Frederic Dorwart
124 E. 4th St.
Tulsa, OK 74103

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Stratton Taylor, OBA # 10142
TAYLOR, FOSTER, MALLETT, DOWNS,
 & RAMSEY & RUSSELL
P.O. Box 309
Claremore, OK 74018

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Phil Lombardi, Clerk
*CLERK OF COURT*

Date: JUL - 8 2014

*Signature of Clerk or Deputy Clerk*